# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE GAFFNEY, on Behalf of Herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONE BROOKLYN HEALTH SYSTEM, INC.,<br><br>Defendant. | Case No. 1:23-cv-03508-DG-SJB |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Stephanie Gaffney and Defendant One Brooklyn Health System, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED without prejudice as between Plaintiff and Defendant;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear its own costs and fees, including attorneys' fees, incurred in connection with this action.

| | |
|---|---|
| Dated: July 17, 2023 | Respectfully submitted, |
| */s/ Joseph P. Guglielmo* | */s/ Daniel M. Braude* |
| Joseph P. Guglielmo (JG-2447)<br>Ethan Binder (5769823)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>230 Park Avenue, 17th Floor | Daniel M. Braude<br>**MULLEN COUGHLIN LLC**<br>411 Theodore Fremd Avenue<br>Suite 206 South<br>Rye, New York 10580 |

New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com
ebinder@scott-scott.com

Gary F. Lynch
Jamisen A. Etzel
Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com

*Attorneys for Plaintiff*

Tel: (267) 930-1316

*Attorney for Defendant*